JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, MIKE KINNEY, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, MIKE KINNEY, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, MIKE KINNEY, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, MIKE KINNEY, ELOY JARA, RICHARD DALY; <br>　　　Plaintiffs, <br>vs. <br><br>DYNAMIC NEVADA CONSTRUCTION LLC, a Nevada limited liability company; OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation; and DOES 1-10, <br>　　　Defendants. | Case No. 3:22-cv-00395-LRH-CLB <br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their undersigned counsel of record, that the above-entitled action, including all claims

///

///

///

1

filed therein, shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this ___17th___ day of July, 2023.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 11th day of July, 2023.

KREITLEIN LEEDER MOSS, LTD.
Attorneys for Defendants

By: __/s/ Philip L. Kreitlein_____
PHILIP L. KREITLEIN (NV Bar 5384)
1575 Delucchi Lane, Suite 105
Reno, NV 89502

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action, including all claims and counterclaims filed therein, shall be, and the same hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 11th day of July, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE